1
2
3
4
5
6
7

8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10
11
12
13
14
15
16

| FREDERICK H. DAWSON, | Case No. C12-790-RSM |
|---|---|
| Plaintiff, | |
| v. | ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

17
18       The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all
19 papers and exhibits filed in support and opposition thereto, the Report and Recommendation of
20 the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the
21 record, does hereby find and ORDER:
22       (1)    The Court adopts the Report and Recommendation.
23       (2)    The final decision of the Commissioner is REVERSED and this case is
24 REMANDED to the Social Security Administration for further proceedings consistent with the
25 Report and Recommendation.
26

ORDER REMANDING CASE
PAGE - 1

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 15th day of February 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE